AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING |  | Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION** |

**OFFENSE CHARGED**

Count 1: 8 U.S.C. § 1324(a)(1)(A)(iii) (Alien Harboring)

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment; and forfeiture of $72,427.

**DEFENDANT - U.S.**
▶ JANEY TAM, a/k/a JUNG MI

DISTRICT COURT NUMBER: **CR 08 0425 JSW**

FILED JUN 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **JOSEPH P. RUSSONIELLO**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **P. AXELROD/L. BEELER**

---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                           Before Judge:

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |

**FILED**
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JSW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08 0425 |
| Plaintiff, | ) | VIOLATION: 8 U.S.C. §1324(a)(1)(A)(iii) – Alien Harboring; 18 U.S.C. § 982(a)(6)(A) – Criminal Forfeiture |
| v. | ) | |
| JANEY TAM,<br>a/k/a Jung Mi, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring)

1. On or about June 30, 2005, in the Northern District of California, the defendant

JANEY TAM,
a/k/a Jung Mi,

knowingly and in reckless disregard of the fact that an alien came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection that alien, Jane Doe 1, in Lucky Spa, located at 973 Mission Street, San Francisco, San Francisco, California.

All in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii).

FORFEITURE ALLEGATION: : (18 U.S.C. § 982(a)(6)(A))

2. The allegations contained in Count One of this Information are realleged as though fully

INFORMATION

1 | set forth herein.

2 | 3. As a result of the offense alleged in Count One, above, the defendant shall forfeit to the
3 | United States all property constituting, or derived from, said offense.

4 | 4. If, as a result of any act or omission of the defendants, any of said property
5 |     a.   cannot be located upon the exercise of due diligence,
6 |     b.   has been transferred or sold to, or deposited with, a third person,
7 |     c.   has been placed beyond the jurisdiction of the Court,
8 |     d.   has been substantially diminished in value, or
9 |     e.   has been commingled with other property that cannot be divided without
10 |          difficulty,
11 | the defendant shall forfeit any and all interest that the defendant has in any other property, not to
12 | exceed the value of the property subject to forfeiture under this provision.

14 | DATED: 1-10-08              JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  BRIAN J. STRETCH
                                  Chief, Criminal Division

(Approved as to form: _____)
    AUSA Axelrod
    AUSA Beeler

INFORMATION                                   2