```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  PETER B. AXELROD (CSBN 190843)
    LAUREL BEELER (CSBN 187656)
 5  Assistant United States Attorneys

 6     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 7     Telephone: (415) 436-6774
       Facsimile: (415) 436-7234
 8     E-Mail: Peter.Axelrod@usdoj.gov
               Laurel.Beeler@usdoj.gov
 9
    Attorneys for United States
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YOUNG JOON YANG, et al., <br><br> Defendants | No. CR 05-00395 CRB <br> [Filed June 23, 2005] |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JANEY TAM, <br>   a/k/a Jung Mi, <br><br> Defendant. | No. CR 08-0425 JSW <br> [Filed June 30, 2008] <br><br> UNITED STATES' NOTICE OF RELATED CASE IN A CRIMINAL ACTION <br><br> (San Francisco Venue) |

     The United States hereby notifies the Court that the two above-captioned criminal cases are related, pursuant to Criminal Local Rule 8-1.

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0425 JSW]

## I. DESCRIPTION OF CASES

**1.    United States v. Young Joon Yang et al., CR 05-00395 CRB**

On June 23, 2005, a grand jury returned an indictment against 29 people in United States v. Young Joon Yang et al., CR 05-00395 CRB (hereinafter Yang Indictment), which arises from the Gilded Cage investigation.[1]  The investigation related to, inter alia, alien harboring associated with prostitution at various Bay Area massage parlors.

**2.    United States v. Janey Tam, CR 08-0425 JSW**

On June 30, 2008, the United States Attorney's Office file a single-count information against Janey Tam in United States v. Janey Tam, CR 08-0425 JSW.  The information charges Tam with alien harboring, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), at Lucky Spa, and it is based on the same Gilded Cage investigation which resulted in the Yang indictment.  The United States has filed the information as part of an anticipated plea in this matter.

## II. RELATIONSHIP OF THE CASES

Local Rule 8-1(b) defines cases as related in where "[b]oth actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges."  Here, the cases are related under this provision for a number of reasons.  First, both cases emanate from the same investigation, Gilded Cage, based on some of the same evidence and involving many of the same witnesses.  Further, having presided over related cases encompassing over 35 defendants from Gilded Cage, Judge Breyer is familiar with the facts and circumstances of that investigation.  Moreover, because the parties anticipate a negotiated disposition and Judge Breyer has handled all of the pleas and sentencings in this matter, it would likely entail a substantial duplication of labor for another judge to get up to speed in the matter and it might result in conflicts in the record.  Thus, the government believes that assignment of the two matters to a single judge is likely to conserve

---

[1] Since the Yang indictment, the Court has related seven other cases before Judge Breyer (U.S. v. Moore et al., CR 05-00447; U.S. v. Chang Kun Kim, CR 05-00613; U.S. v. Pang et al., CR 06-0101; U.S. v. Lau, CR 06-192; and U.S. v. Imsang Lee, CR 07-0735; U.S. v. Yong Sun Austin, CR 08-00056; and U.S. v. Clifford Wong et al., CR 08-00288) arising from the same investigation, Operation Gilded Cage.

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0425 JSW]                    2

1 | judicial resources and promote the efficient administration of justice.
2 |
3 | Date:   June 30, 2008                Respectfully Submitted,
4 |                                       JOSEPH P. RUSSONIELLO
5 |
6 |                                       /s/ Peter B. Axelrod
  |                                       PETER B. AXELROD
7 |                                       LAUREL BEELER
  |                                       Assistant U.S. Attorneys
8 |
...
28 |