AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

V.

## WAIVER OF INDICTMENT

CASE NUMBER:  *CR08-0425 CRB*

I, _____*JANCY TAM*_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ____*July 9, 2008*_____ prosecution by indictment and consent that the
                                    *Date*

proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
                *Judicial Officer*

FILED
JUL 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA