| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 09, 2008**

Reporter: **Connie Kuhl**

Case No: CR-08-0425-CRB

**FILED**

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFT: **JANEY TAM**
(X)Present

AUSA: Pete Axelrod
Korean Interpreter: Ted Kim

DEF ATTY: Garrick Lew

**REASON FOR HEARING** Change of Plea/Sentencing

**RESULT** Defendant placed under oath, enters a plea of guilty to the information. The Court accepts the plea and the defendant is adjudged guilty. All parties waive the preparation of the pre sentence report, the Court proceeds into sentencing. Home confinement with electronic monitoring is stayed until October 01, 2008.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**_____ **for**_____

**JUDGMENT** three (3) years probation under the standard and additional conditions set forthwith. Home confinement with electronic monitoring for a period of six (6) months. Assessment fee: $100.00 due immediately; Fine is waived; Forfeiture: $72,427.00 in U.S. currency.

Notes:_____