CR 08-425

**FILED**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07/15/2008 06:39 PM EST

## Case Debt Type Payment Report
### U.S. Courts

Version 7.0.1

San Francisco

Case No. DCAN308CR000425                US VS TAM

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JANEY TAM | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611021118 | 1 | PR | 100.00 | 07/09/2008 |

Division Payment Total    100.00

Grand Total    100.00

Page 1 of 1

$100.00 SPECIAL ASSESSMENT PAID IN FULL

m 7-9-08